UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

Edward Opinaldo,

        Plaintiff(s),

-against-

Samantha McMillen,
        Defendant(s),
-------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/2020
```

19 Civ. 7720 (CM) (KNF)

CALENDAR NOTICE

Please take notice that the above captioned matter has been **scheduled** for a:

| | | |
|---|---|---|
| ___Pre-trial conference | ___Status conference | __ Oral argument |
| ___Settlement conference | ___Plea Hearing | (Bankruptcy Appeal) |
| ___Rule (16) conference | ___Final pre-trial conference | __ Fairness Hearing |
| X Telephone conference | ___Jury Selection and Trial | __ OTSC Hearing |
| ___Non-Jury Trial | ___Inquest | |

**on Wednesday, November 4, 2020 at 11:00 A.M. before the Honorable Colleen McMahon, United States District Judge.** Parties should dial in at 1(888)363-4749, access code (9054506) to join the conference

Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (212) 805-6326.

Dated: October 28, 2020
       New York, New York

So Ordered

_____
Colleen McMahon, Chief U.S.D.J